IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICIA NICHOLS,

       Appellant,

v.

LEON COUNTY  SCHOOL BOARD,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5535

Opinion filed November 1, 2016.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Marie A. Mattox, Tallahassee, for Appellant.

Erik M. Figlio and Anthony L Bajoczky, Jr. of Ausley & McMullen, P.A.,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, ROWE, and KELSEY, JJ., CONCUR.